IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MARCUS HARE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:10-CV-13 |
| ) | |
| STATE FARM FIRE ) | |
| & CASUALTY COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the Findings, Report and Recommendation of United States Magistrate Judge Pursuant to 28 U.S.C. § 636(b)(1)(B) & (C), filed on July 13, 2011 (DE #27). More than 14 days have passed and no party has filed any objection to the Report and Recommendation. *See Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation). Therefore, upon due consideration, the Court hereby **ADOPTS** the Findings, Report and Recommendation of Magistrate Judge Paul R. Cherry. Accordingly, the Defendants' Motion to Dismiss (DE #24) is **GRANTED**. The Clerk is **ORDERED** to close this case.

**DATED: August 4, 2011**               /s/RUDY LOZANO, Judge
                                        **United States District Court**